# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MICHAEL RAY EKES,**

    **Plaintiff,**

**v.**                                                              **Case No. 4:20cv144-TKW-EMT**

**ANDREW SAUL**, Commissioner of the
Social Security Administration**,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case was filed in the wrong court under 42 U.S.C. §405(g) and should be transferred to the correct court. Accordingly, it is

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, and the Clerk shall close the file in this Court.

**DONE and ORDERED** this 11th day of May, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**