UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL RAY EKES,**

    **Plaintiff,**

v.                                                     Case No: 5:20-cv-200-Oc-18PRL

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

## **O R D E R**

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 20). The Court has reviewed the motion and finds that Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a). Accordingly, upon due consideration, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 20) is hereby GRANTED. Plaintiff shall be permitted to proceed in forma pauperis without the prepayment of fees or costs or security therefor.

(2) Although the Court is authorizing Plaintiff to proceed in forma pauperis, a review of the record reveals that Plaintiff has not submitted the summons and service copy of the Complaint to the Clerk for issuance. Therefore, the Clerk is directed to SEND Plaintiff blank copies of the summons and USM-285 forms. Plaintiff is directed to then INSERT the name and address of the defendant to be served and RETURN the fully completed summons with a copy of the Complaint and USM-285 from to the Clerk on or before October 23, 2020. Once these documents have been provided to the Clerk, the Clerk is directed to DELIVER the summons and

Complaint to the United States Marshal for service as required by Rule 4(c)(3) of the Federal Rules of Civil Procedure.

(3)     Plaintiff is cautioned that despite proceeding pro se, he is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Plaintiff may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court.  Also, resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Plaintiff should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/forms/Civil/2015-Civil_Procedure_Handbook.pdf).

Plaintiff should note that the Court's website (www.flmd.uscourts.gov) has a section designed to assist litigants who are proceeding without the assistance of a lawyer.  Plaintiff is advised to consult it thoroughly to familiarize himself with the requirements of federal court practice.

(4)     Plaintiff's motion for evidence (Doc. 14) and prior motion to proceed in forma pauperis (Doc. 17) are denied as moot. Plaintiff's motion for address change (Doc. 21) is also moot, as the address provided in the motion has already been updated in the docket.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on October 9, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to Counsel of Record
Copies to unrepresented parties

- 3 -